IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Marie Assa'ad-Faltas, | ) | C/A No.: 3:18-3563-TLW-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Wal-Mart Stores East, L.P. and Hewlett-Packard Company, | ) | |
| Defendants. | ) | |

This matter comes before the court on the motion [ECF No. 51] of Defendant Wal-Mart Stores East, L.P. ("Wal-Mart") to compel Marie Assa'ad-Faltas ("Plaintiff") to produce responses to Wal-Mart's First Set of Interrogatories and First Set of Requests for Production ("Discovery Requests"), which are attached to Wal-Mart's motion at ECF No. 51-1.

The motion indicates that the Discovery Requests were first served on Plaintiff on May 6, 2019. After informal attempts to obtain discovery responses from Plaintiff, Wal-Mart's counsel advised Plaintiff that Wal-Mart would file a motion to compel if it did not receive responses by August 20, 2019. [ECF No. 51]. Wal-Mart's motion indicates that Plaintiff has failed to respond to the Discovery Requests. *Id.*

1

In light of the foregoing, the court grants Wal-Mart's motion to compel. Plaintiff is directed to provide responses to the discovery requests by January 1, 2020. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order may result in a recommendation that this case be dismissed for failure to participate in discovery and/or sanctions, including payment of Wal-Mart's attorneys' fees and costs in preparing such motions.

IT IS SO ORDERED.

December 16, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge